UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIA CARRIZOZA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 14-71650<br><br>Agency No. A037-803-362<br><br>ORDER |

On July 3, 2014, the court received petitioner's financial affidavit in support of the motion to proceed in forma pauperis. Accordingly, the July 8, 2014 order directing petitioner to complete and file a Form 4 financial affidavit is vacated as issued in error.

The certified administrative record has been filed. The opposition or notice of non-opposition to the motion to stay removal remains due September 8, 2014.

The court will set a briefing schedule upon disposition of the pending motions.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Perry
Deputy Clerk

jp/MOATT