FILED

NOV 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIA CARRIZOZA, Petitioner, v. LORETTA E. LYNCH, Attorney General, Respondent. | No. 14-71650 Agency No. A037-803-362 ORDER |

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges..

Respondent's motion to remand this petition for review to the Board of Immigration Appeals is granted.